UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STACIE DAVIS,

               Plaintiff,

   v.

76 STOP STORE, OWNER (S), *et al.*,

               Defendants.

Case No. C19-1380 RSM

ORDER

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) The application is deficient because Plaintiff did not sign the application or the written consent for payment of costs required by LCR 3(c). (*Id.* at 2.) Plaintiff also identified her date of last employment as "1/11/20." (*Id.* at 1.) Further, it appears Plaintiff filed three unsigned proposed complaints in this matter, and three signed certifications filed as a separate exhibit. (Dkt. ## 1-1, 1-2, 103, 1-4.) It is unclear which proposed complaint is intended to be the operative proposed complaint, or if Plaintiff intended to file three separate actions. It is also unclear which signed certification corresponds with each proposed complaint. Lastly, as explained in the Clerk's notice to Plaintiff (dkt. # 2), Plaintiff has failed to submit a civil cover sheet which is required by LCR 3(a).

ORDER - 1

Plaintiff must correct the deficiencies identified above and provide clarification regarding which complaint is the intended operative proposed complaint, no later than **October 3, 2019.** The failure to correct these deficiencies may result in a recommendation that this matter be dismissed.

The Clerk is directed to send copies of this order to the parties and to the Honorable Ricardo S. Martinez.

Dated this 4th day of September, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2