UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STACIE DAVIS,

                Plaintiff,

   v.

76 STOP STORE STORE OWNER (S), *et al.*,

                Defendants.

Case No. C19-1380-RSM

ORDER

Plaintiff has filed an amended application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 5.) Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Accordingly, Plaintiff's IFP application (dkt. # 5) is GRANTED. Plaintiff shall note that leave to proceed *in forma pauperis* does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation. The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. The Court also notes that Plaintiff filed three separate proposed complaints in this matter (dkt. ## 1-1, 1-2, 1-3) and appears to have filed two more proposed complaints (dkt. ## 6-1, 6-2) in response to the Court's order directing Plaintiff to correct the deficiencies in her IFP application. (dkt. #3).

ORDER - 1

The Clerk is directed to send copies of this order to the parties and to the Honorable Ricardo S. Martinez.

Dated this 26th day of September, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2