UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACIE DAVIS,<br><br>        Plaintiff,<br><br>        v.<br><br>76 STOP STORE STORE OWNER(S), *et al*.,<br><br>        Defendants. | Case No. C19-1380-RSM<br><br>ORDER TO SHOW CAUSE |

*Pro se* Plaintiff, Stacie Davis, has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #7. She filed three complaints in this action on August 29, 2019, listing as defendants 76 Stop Store Store Owner(s), Greg C. Farland, the CEO of Phillips 66 HQ, Carmen Best, the Seattle Police Department Chief of Police, Seattle Mayor Jenny A. Durkan, and Phillips 66 HQ Corporation. Dkts. ##1-1, 1-2, and 1-3. Summonses have not yet been issued.

Plaintiff's complaints allege that around 11:00pm on January 1, 2019, Plaintiff was yelled at and attacked by a store clerk at a 76 Stop Store/Phillips 66 Store in Seattle, Washington. Dkt. #8-3 at 6-7. Plaintiff claims that despite calling the Seattle police, officers never arrived at the scene. *Id.* at 7. She brings claims against the store clerk, as well as the CEO of Phillips 66 HQ for not having another clerk available to assist Plaintiff at the time of the assault nor "having a

ORDER TO SHOW CAUSE - 1

backup plan in place" following the assault. Dkt. #8-3 at 5. Plaintiff also brings claims against Mayor Durkan for failing to ensure the Seattle police followed up on her assault case, and Seattle Police Chief Best for failing to make an arrest based on Plaintiff's alleged assault and injury. Dkt. #8-2 at 6. She checks the box for "federal question" as the basis for this Court's jurisdiction, but leaves blank a spot in her Complaint for "the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case." Dkt. #8 at 3. Plaintiff requests damages ranging from $500 million to $1 billion. Dkts. #8-3 at 5; #8-4 at 6. She also requests the Court "have these defendants come up with a better tracking system" related to assault complaints. Dkt. #8-4 at 7.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

Plaintiff's request for at least $500 million appears frivolous. Plaintiff's claims, as stated in the complaints, also appear frivolous due to a lack of background detail. The fact that Plaintiff has submitted multiple complaints in this action with slightly varying details makes the claims and underlying facts difficult to follow. She does not cite any law or causes of action in her complaints other than vague descriptions of "allowed violence, negligence and discrimination" and violation of "civil rights", *see, e.g.*, Dkt. #8-2 at 6, making it unclear how this Court has jurisdiction over Plaintiff's various claims. Furthermore, because Plaintiff resides in Texas, she has requested that this court televise the case because Plaintiff "would like to not have to travel to appear in court". Dkt. #6 at 1.

Accordingly, Plaintiff's complaints suffer from deficiencies that, if not explained in response to this Order, will require dismissal. In Response to this Order, Plaintiff must write a

short and plain statement telling the Court: (1) the laws or statutes upon which her claims are based; (2) exactly what facts support each of the alleged violations of law; and (3) what specific injury Plaintiff suffered because of each alleged violation of law. **This Response is not to exceed six (6) pages**. Plaintiff is not permitted to file additional pages as attachments. The Court will take no further action in this case until Plaintiff has submitted this Response.

Therefore, the Court hereby finds and ORDERS that Plaintiff shall file a Response to this Order to Show Cause containing the detail described above **no later than twenty-one (21) days from the date of this Order**. Failure to file this Response will result in dismissal of this case.

DATED this 27th day of September 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE